AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ZHENBANG ZHOU | ) | Case No. 25cr10273 NMG-MPK |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Zhenbang Zhou                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

(1) Conspiracy to commit mail and wire fraud in violation of Title 18, United States Code, Section 1349; (2) Money laundering conspiracy in violation of Title 18, United States Code, Section 1956(h); and (3) Conspiracy to commit identity theft in violation of Title 18, United States Code, Section 1028(a)(7).

Date:   06/26/2025                                       _/s/ Daniel A. Hennessy_
                                                                         _Issuing officer's signature_

City and state:   Boston, MA                            United States Magistrate Judge David H. Hennessy
                                                                         _Printed name and title_

### Return

| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ |
|---|
| at _(city and state)_  _____. |
| Date: _____                    _____ |
|                                          _Arresting officer's signature_ |
|                                          _____ |
|                                          _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>BAOYU ZHOU<br><br>*Defendant* | )<br>)   Case No.  25cr10273 NMG-MPK<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Baoyu Zhou                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

(1) Conspiracy to commit mail and wire fraud in violation of Title 18, United States Code, Section 1349; (2) Money laundering conspiracy in violation of Title 18, United States Code, Section 1956(h); (3) Conspiracy to commit identity theft in violation of Title 18, United States Code, Section 1028(a)(7); (4) Conspiracy to cause damage to a protected computer in violation of Title 18, United States Code, Section 371; and (5) Conspiracy to violate the International Emergency Economic Powers Act in violation of Title 50, United States Code, Section 1705(a) and (c).

Date:   06/26/2025

*Issuing officer's signature*

City and state:   Boston, MA

United States Magistrate Judge David H. Hennessy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 25cr10273 NMG-MPK |
| ZHENXING WANG | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Zhenxing Wang                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

(1) Conspiracy to commit mail and wire fraud in violation of Title 18, United States Code, Section 1349; (2) Money laundering conspiracy in violation of Title 18, United States Code, Section 1956(h); (3) Conspiracy to commit identity theft in violation of Title 18, United States Code, Section 1028(a)(7); and (4) Conspiracy to cause damage to a protected computer in violation of Title 18, United States Code, Section 371.

Date: 06/26/2025

_____
*Issuing officer's signature*

City and state: Boston, MA

United States Magistrate Judge David H. Hennessy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 25cr10273 NMG-MPK |
| ZIYOU YUAN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Ziyou Yuan                                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

(1) Conspiracy to commit mail and wire fraud in violation of Title 18, United States Code, Section 1349; (2) Money laundering conspiracy in violation of Title 18, United States Code, Section 1956(h); and (3) Conspiracy to commit identity theft in violation of Title 18, United States Code, Section 1028(a)(7).

Date:     06/26/2025                                        _____
                                                                                *Issuing officer's signature*

City and state:     Boston, MA                        United States Magistrate Judge David H. Hennessy
                                                                                *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                                   _____ *Arresting officer's signature* |
|                                                                                           _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| YONGZHE XU | ) | Case No. 25cr10273 NMG-MPK |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Yongzhe Xu ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

(1) Conspiracy to commit mail and wire fraud in violation of Title 18, United States Code, Section 1349; (2) Money laundering conspiracy in violation of Title 18, United States Code, Section 1956(h); (3) Conspiracy to commit identity theft in violation of Title 18, United States Code, Section 1028(a)(7); and (4) Conspiracy to violate the International Emergency Economic Powers Act in violation of Title 50, United States Code, Section 1705(a) and (c).

Date: 06/26/2025

*Issuing officer's signature*

City and state: Boston, MA

United States Magistrate Judge David H. Hennessy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>**TONG YUZE**<br><br>*Defendant* | )<br>)<br>)  Case No.  25cr10273 NMG-MPK<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Tong Yuze                                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

(1) Conspiracy to commit mail and wire fraud in violation of Title 18, United States Code, Section 1349; (2) Money laundering conspiracy in violation of Title 18, United States Code, Section 1956(h); (3) Conspiracy to commit identity theft in violation of Title 18, United States Code, Section 1028(a)(7); (4) Conspiracy to cause damage to a protected computer in violation of Title 18, United States Code, Section 371; and (5) Conspiracy to violate the International Emergency Economic Powers Act in violation of Title 50, United States Code, Section 1705(a) and (c).

Date:    06/26/2025                                                                  *[signature]*
                                                                         *Issuing officer's signature*

City and state:    Boston, MA                            United States Magistrate Judge David H. Hennessy
                                                                                         *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                              _____
                                                                            *Arresting officer's signature*

                                                                 _____
                                                                            *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>MENGTING LIU<br><br>*Defendant* | Case No. 25cr10273 NMG-MPK |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Mengting Liu                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

(1) Money laundering conspiracy in violation of Title 18, United States Code, Section 1956(h).

Date:   06/26/2025
_____
*Issuing officer's signature*

City and state:   Boston, MA
United States Magistrate Judge David H. Hennessy
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 25cr10273 NMG-MPK |
| JING BIN HUANG | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jing Bin Huang                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

(1) Conspiracy to commit mail and wire fraud in violation of Title 18, United States Code, Section 1349; (2) Money laundering conspiracy in violation of Title 18, United States Code, Section 1956(h); (3) Conspiracy to commit identity theft in violation of Title 18, United States Code, Section 1028(a)(7); (4) Conspiracy to cause damage to a protected computer in violation of Title 18, United States Code, Section 371; and (5) Conspiracy to violate the International Emergency Economic Powers Act in violation of Title 50, United States Code, Section 1705(a) and (c).

Date:   06/26/2025                                          _____/s/ David H. Hennessy_____
                                                                                  *Issuing officer's signature*

City and state:   Boston, MA                             United States Magistrate Judge David H. Hennessy
                                                                                  *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                     _____
                                                                                  *Arresting officer's signature*

                                                                                  _____
                                                                                  *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>ENCHIA LIU<br><br>_____<br>*Defendant* | )<br>)  Case No. 25cr10273 NMG-MPK<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Enchia Liu                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

(1) Money laundering conspiracy in violation of Title 18, United States Code, Section 1956(h).

Date:    06/26/2025

_____
*Issuing officer's signature*

City and state:    Boston, MA

United States Magistrate Judge David H. Hennessy
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____.<br><br>Date: _____<br><br>_____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |