# EXHIBIT A



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**        }
                                                        } ss.
**NORTHERN DISTRICT OF GEORGIA**    }

      I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY** that **BRIAN T. RAFFERTY, State Bar No. 311903,** was duly admitted to practice in said Court on 02/04/2021 and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 30th day of June, 2025.

KEVIN P. WEIMER
CLERK OF COURT

By: _____
Beverly Creech
Deputy Clerk

