IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:25-CR-10273-NMG |
| | ) | |
| ZHENXING WANG | ) | CERTIFICATION OF |
| | ) | APPLICANT FOR |
| a/k/a "Danny" | ) | ADMISSION |
| | ) | *PRO HAC VICE* |

I, BRIAN T. RAFFERTY, Esq., pursuant to D. Mass. L.R. 83.5(e)(3), certify that (A) I am a member in good standing in every jurisdiction in which I have been admitted to practice; (B) I am not the subject of any disciplinary proceedings pending in any jurisdiction in which I am a member of the bar; (C) I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct; and (D) I have read and agree to comply with the Local Rules for the United States District Court for the District of Massachusetts. The Courts to which I have been, and remain, generally admitted are as follows:

State Bar of Georgia

State Bar of New York

State Bar of New Jersey

U.S. District Court for the Southern District of New York

U.S. District Court for the Eastern District of New York

U.S. District Court for the District of New Jersey

U.S. District Court for the Southern District of Georgia

U.S. District Court for the Middle District of Georgia

U.S. District Court for the Northern District of Georgia

This certification is respectfully submitted this 16th day of July, 2025.

_____
Brian T. Rafferty*
Georgia Bar No. 311903
RAFFERTY LAW, LLC
1575 Johnson Road
Atlanta, Georgia 30338
(912)658-0912
brian@raffertylawfirm.com