# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:25-CR-10273-NMG |
| | ) | |
| ZHENXING WANG | ) | NOTICE OF |
| | ) | APPEARANCE |
| a/k/a "Danny Wang" | ) | |
| | ) | |

## NOTICE OF APPEARANCE

BRIAN T. RAFFERTY, Esq., pursuant D. Mass. L.R. 83.5.2,

respectfully notifies this Court of his appearance, *pro hac vice*, as an

attorney of record for Defendant Zhenxing Wang, the defendant in the

above-styled case.

Date:  July 24, 2025

*/s Brian T. Rafferty, Esq.*
Brian T. Rafferty*
Georgia Bar No. 311903
*Appearing *Pro Hac Vice*
RAFFERTY LAW, LLC
1575 Johnson Road
Atlanta, Georgia 30306
(912)658-0912
brian@raffertylawfirm.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served the foregoing Notice of Appearance on all parties in this case in accordance with the notice of electronic filing using the CM/ECF system, which was generated as a result of the electronic filing with this Court.

This 24th day of July, 2025.

*/s/Brian T. Rafferty, Esq.*
Brian T. Rafferty, Esq.